## LINDA KENNERSON *v.* LLOYD KENNERSON
### (AC 24969)

Dranginis, Flynn and Harper, Js.

Argued November 29—officially released December 27, 2005

Per Curiam. The award conforms to the submission.

The judgment is affirmed.

## FIRST UNION NATIONAL BANK *v.* PETER S. NIEDZWIECKI ET AL.
### (AC 25379)

Lavery, C. J., and Bishop and Hennessy, Js.

Argued November 29—officially released December 27, 2005

Per Curiam. The judgment is affirmed.

## DONALD F. HECKER *v.* COMMISSIONER OF CORRECTION
### (AC 25448)

Lavery, C. J., and Dranginis and Harper, Js.

Submitted on briefs December 2—officially released December 27, 2005

Per Curiam. The judgment is affirmed.